SO ORDERED.

Dated: October 16, 2021



*Madeleine C. Wanslee*
**Madeleine C. Wanslee, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| FEDERICO, ANGELIQUE HOPE | ) Case No. 2:21-bk-02108-MCW |
| | ) |
| Debtor(s). | ) **ORDER APPROVING MOTION FOR TURNOVER OF BANKRUPTCY ESTATE PROPERTY, PURSUANT TO 11 U.S.C. § 542** |

This matter having come before the Court on the *Amended Motion For Turnover Of Bankruptcy Estate Property, Pursuant To 11 U.S.C. § 542* filed on MAY 22, 2021 (the "Motion") by the Chapter 7 trustee, David A. Birdsell ("Trustee"); the Amended Motion having been properly noticed to all interested parties; there having been no objection to the Motion filed with this Court; and good cause appearing therefor,

IT IS HEREBY ORDERED as follows: Directing **ANGELIQUE HOPE FEDERICO**, (the "Debtor") to immediately turnover to the Trustee the following:

**The Debtor's 2020 federal and state tax refunds in the amount of $1,525**

**DATED AND SIGNED ABOVE.**