David A. Birdsell
Po Box 33460
Phoenix, AZ 85013-3460
(480) 644-1080

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# PHOENIX DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| FEDERICO, ANGELIQUE HOPE | ) | Case No. 2:21-bk-02108-MCW |
| | ) | |
| | ) | APPLICATION FOR ORDER |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s). | ) | TO THE U.S. BANKRUPTCY COURT |

DAVID A. BIRDSELL, Trustee reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1001 | 1/16/2024 | ANGELIQUE HOPE FEDERICO<br>14548 N. 154TH LANE<br>SURPRISE, AZ 85379 | $7,795.83 |

The trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $7,795.83 to the Clerk of the Court to be deposited in the Registry thereof.

| May 2, 2024 | /s/ David A. Birdsell |
|---|---|
| DATE | DAVID A. BIRDSELL, TRUSTEE |

[APP TO PAY UNCLAIMED FUNDS] - 1