**SO ORDERED.**

**Dated: August 12, 2024**



*Madeleine C. Wanslee*
**Madeleine C. Wanslee, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# PHOENIX DIVISION

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| FEDERICO, ANGELIQUE HOPE | ) | Case No. 2:21-bk-02108-MCW |
| | ) | |
| | ) | ORDER APPROVING PAYMENT |
| | ) | OF ADMINISTRATIVE FEES |
| Debtor(s) | ) | AND EXPENSES |
| | ) | |

DAVID A. BIRDSELL, herein having filed the Trustee's Final Report and Application for Compensation and Reimbursement of Expense and, if required, due notice thereof having been given:

IT IS ORDERED that the following fees and expenses are approved and shall be paid by the trustee in the following amounts:

| | |
|---|---|
| Trustee Compensation | $758.29 |
| Trustee Expenses | $123.27 |

[ORDER REVISED] - 1

| | |
|---|---:|
| Bank and Technology Fees | $490.89 |
| Attorney for Trustee Fees | $1,492.71 |
| Attorney for Trustee Expenses | $18.01 |
| Accountant for Trustee Fees | $0.00 |
| Accountant for Trustee Expenses | $0.00 |
| Auctioneer for Trustee Fees | $0.00 |
| Auctioneer for Trustee Expenses | $0.00 |
| Clerk of the USBC | $350.00 |
| TOTAL | $3,233.17 |

DATE AND SIGNED ABOVE

[ORDER REVISED] - 2